UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

United States of America

vs                                                                 5:07-cr-49 (FJS)

Mark Remington

---

**Frederick J. Scullin, Jr.**
**Senior U.S. District Judge**


## ORDER CORRECTING SENTENCE BY SENTENCING JUDGE

On February 26, 2009, the above defendant was sentenced to a term of imprisonment. Shortly after imposing sentence, the Court realized it had mistakenly imposed a non-guideline sentence of 39 months imprisonment instead of the 29 months imprisonment it had intended to impose. Therefore, pursuant to Fed.R.Crim.P.35(a), the Court hereby corrects the sentence imposed as follows.

The defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of 29 months.

All other terms of the sentence shall remain the same. The Clerk is directed to enter an amended judgment accordingly.


**IT IS SO ORDERED**.

February 27, 2009
Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge