**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

United States of America

vs                                                          5:07-cr-49 (FJS)

Mark Remington

                                      Defendant

---

## ORDER AMENDING JUDGMENT IN A CRIMINAL CASE

The March 24, 2009 self surrender date ordered by the Court in the amended criminal judgment dated February 27, 2009 has been extended.  Therefore it is hereby

**ORDERED** that the defendant shall self surrender to the custody of the United States Marshal for the Northern District of New York or the institution designated by 2:00pm on April 7, 2009. It is further

**ORDERED** that all other terms of the amended judgment remain the same.


**IT IS SO ORDERED.**

**March 20, 2009**
**Syracuse, New York**

Frederick J. Scullin, Jr.
Senior United States District Court Judge